UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORRIS ALLEN JAMES**             **CIVIL ACTION**

**VERSUS**             **NO. 13-4898**

**LYLE W. CAYCE, ET AL.**             **SECTION "A"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

July 18, 2013

_____
UNITED STATES DISTRICT JUDGE